No. 78–791. GREENBLATT *v.* UNITED STATES; and

No. 78–896. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 583 F. 2d 659.

No. 78–800. KESTENBAUM *v.* FALSTAFF BREWING CORP. C. A. 5th Cir. Certiorari denied. 

No. 78–802. BULLOCK *v.* UNITED STATES; and

No. 78–803. KEHOE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 573 F. 2d 335 and 579 F. 2d 971.

No. 78–806. HANKINS *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. 

No. 78–812. HOFER *v.* CAMPBELL, CHAIRMAN, UNITED STATES CIVIL SERVICE COMMISSION, ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 78–818. TENNESSEE-CAROLINA TRANSPORTATION, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. 

No. 78–819. FROMMHAGEN *v.* UNITED STATES. Ct. Cl. Certiorari denied. 

No. 78–820. REPUBLIC STEEL CORP. *v.* COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 78–823. DRAKE ET UX. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–825. GRANBERG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.